UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DALE KESSLER,**
        **Plaintiff,**

  v.                                     Case No. 17-CV-0082

**SAMSUNG ELECTRONICS AMERICA INC.,**
        **Defendant.**

---

## ORDER

**IT IS ORDERED** that a telephonic Fed. R. Civ. P. 16(b) scheduling conference is scheduled for **Wednesday, April 25th, 2018 at 11:00 a.m.** The court will initiate the call. The participation of the attorney who will be handling the case is required and the telephone number should be provided in the Rule 26(f) report.

The parties should note Fed. R. Civ. P. 26(f), which requires that they confer with each other at least 21 days before the Rule 16(b) scheduling conference and file a written report of their proposed discovery plan within 14 days after their Rule 26(f) conference. The first paragraph of the joint Rule 26(f) report should state the date and time given above for the Rule 16(b) scheduling conference. The parties should also note Rule 26(a)(1), which requires (unless they agree otherwise) that they make their initial disclosures to each other within 14 days after their Rule 26(f) conference.

Dated at Milwaukee, Wisconsin, this 19th day of March, 2018.

                                                  s/Lynn Adelman
                                                LYNN ADELMAN
                                                District Judge